FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-2163 (consolidated with 23-2164)

**Short Case Caption:** Guizhou Tyre Co., Ltd. v. US

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Guizhou Tyre Co., Ltd., Guizhou Tyre Import and Export Co., Ltd., Aeolus Tyre Co., Ltd.

| | | |
|---|---|---|
| **Principal Counsel:** Ned H. Marshak | | Admission Date: 10/01/1982 |
| Firm/Agency/Org.: Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP | | |
| Address: 599 Lexington Avenue FL 36, New York, NY 10022 | | |
| Phone: (212) 557-4000 | Email: nmarshak@gdlsk.com | |
| **Other Counsel:** Jordan C. Kahn | | Admission Date: 04/05/2011 |
| Firm/Agency/Org.: Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP | | |
| Address: 1201 New York Avenue NW Ste 650 Washington, DC 20005 | | |
| Phone: (202) 783-6881 | Email: jkahn@gdlsk.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/7/23            Signature: /s/ Jordan C. Kahn

                        Name:      Jordan C. Kahn

FORM 8A. Entry of Appearance                                            Form 8A (p.2)
                                                                         July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Dharmendra N. Choudhary | Admission Date: 05/13/2015 |
|---|---|
| Firm/Agency/Org.: Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP ||
| Address: 1201 New York Avenue NW Suite 650 Washington, DC 20005 ||
| Phone: (202) 783-6881 | Email: dchoudhary@gdlsk.com |
| **Other Counsel:** Kavita Mohan | Admission Date: 09/19/2012 |
| Firm/Agency/Org.: Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP ||
| Address: 1201 New York Avenue NW Ste 650 Washington, DC 20005 ||
| Phone: (202) 783-6881 | Email: kmohan@gdlsk.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |