NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUIZHOU TYRE CO., LTD., GUIZHOU TYRE IMPORT AND EXPORT CO., LTD., AEOLUS TYRE CO., LTD.,**
*Plaintiffs-Appellants*

**QINGDAO FREE TRADE ZONE FULL-WORLD INTERNATIONAL TRADING CO., LTD., XUZHOU XUGONG TYRES CO., LTD., TRELLEBORG WHEEL SYSTEMS (XINGTAI) CO., LTD., QINGDAO QIHANG TYRE CO., LTD., WEIHAI ZHONGWEI RUBBER CO., LTD.,**
*Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2023-2163, 2023-2164

---

Appeals from the United States Court of International Trade in Nos. 1:17-cv-00100-TCS and 1:17-cv-00102-TCS, 1:17-cv-00103-TCS, 1:17-cv-00104-TCS, 1:17-cv-00111-TCS, 1:17-cv-00113-TCS, and 1:17-cv-00123-TCS, Senior Judge Timothy C. Stanceu.

---

**ON MOTION**

---

# O R D E R

Appellants move to waive the court's rule requiring that multiple parties represented by the same counsel or firm file a combined brief, Fed. Cir. R. 28(i)(2), or, in the alternative, for the appeals to be deconsolidated. The United States opposes waiver of Rule 28(i)(2) and deconsolidation.

The court *sua sponte* consolidated the above-captioned appeals arising from cases that were consolidated by the United States Court of International Trade and disposed of in a single order. The court's usual practice is consolidation of such appeals, *see* Practice Note to Fed. Cir. R. 12 ("When more than one party appeals from the same trial court case, the appeals . . . will usually be consolidated by the clerk of court."), and Appellants have provided no good cause to depart from that practice or the single-brief requirement in Rule 28(i)(2). To the extent necessary and appropriate, Appellants may move to expand the word count or increase the number of confidentiality markings in their brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied. Appellants' combined opening brief is due within 30 days of the date of entry of this order.

FOR THE COURT

December 13, 2023
Date

Jarrett B. Perlow
Clerk of Court